THE MAYOR AND ALDERMEN OF THE CITY OF PATER-
SON, APPELLANT, v. THE MAYOR AND COUNCIL OF
THE CITY OF BAYONNE, RESPONDENT.

Argued November 19, 1914—Decided March 1, 1915.

On appeal from the Supreme Court, in which court the
following *per curiam* was filed:

"*Per curiam*—The opinions just filed in *Paterson* v.
*Jersey City,* 84 *N. J. L.* 454, and *Paterson* v. *Kearny,* 84 *Id.*
456, are applicable in the present case. It is only necessary
to add that the city's power to condemn water and water
rights seems to be clear under the act of 1895." *Comp. Stat.,*
2198, *pl.* 38.

For the appellant, *Edward F. Merrey, William B. Gourley*
and *John W. Griggs.*

For the respondent, *Gilbert Collins* and *Daniel J. Murray.*

PER CURIAM.

The judgment under review will be affirmed for the reasons
given by us in our opinions delivered at the present term in
the cases of *The Mayor and Aldermen of Paterson* v. *The
Mayor and Aldermen of Jersey City, ante p.* 163, and
*The Mayor and Aldermen of Paterson* v. *Town of Kearny,
post p.* 327.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GAR-
RISON, TRENCHARD, PARKER, BERGEN, BLACK, BOGERT,
VREDENBURGH, WHITE, HEPPENHEIMER, WILLIAMS, JJ. 12.

*For reversal*—None.